PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| RUTH ROCIO SILVA, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:21-CV-00770 <br><br> ORDER AND STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT <br><br> (Doc. 9) |

The parties, through counsel, HEREBY STIPULATE, subject to the approval of the Court, that the above entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Administrative Law Judge will be instructed to issue a new decision, including offering Plaintiff an opportunity for a hearing, to further develop the record as necessary, to consider Plaintiff's subjective complaints, to evaluate available medical opinion evidence, and to evaluate Plaintiff's maximum residual functional capacity pursuant to the relevant regulations.

Stip for Remand.; Order   1:21-CV-00770      1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 2 , 2022 | PHILLIP A. TALBERT<br>United States Attorney<br>PETER THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By   /s/ *Patrick Snyder*<br>PATRICK SNYDER<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |
| Dated:  March 1, 2022 | LAW OFFICES OF FRANCESCO P. BENAVIDES |
|   | By   /s/ *Francesco P. Benavides\**<br>(\*as authorized via e-mail on March 1, 2022)<br>FRANCESCO P. BENAVIDES<br>Attorney for Plaintiff |

**ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 9), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.  The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:   **March 3, 2022**                              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE